UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 17 A 7:42

DISTRICT COURT
HARTFORD CT

ROBERT KLIGERMAN, et al

V                                           CASE NO.: 3:02CV410(CFD)

FREDERICK E. GUEST, II, et al

NOTICE TO COUNSEL

Rule 41(a) of the Local Rules of this District provides:

"In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 11 appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter an order of dismissal. Any such order entered by the Clerk under this rule may be suspended, altered, or rescinded by the Court for cause shown."

The case below is subject to being dismissed under this rule. Unless a satisfactory explanation of why it should not be dismissed is submitted to the Court within twenty (20) days of the date of this notice, it will be dismissed.

Dated at Hartford, Connecticut this 16th day of December, 2003.

KEVIN F. ROWE, CLERK
UNITED STATES DISTRICT COURT

By: _____
Devorah Johnson
Deputy Clerk