UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT KLIGERMAN | * |
| DANA KLIGERMAN | * |
| | * |
| | * CASE NO. 3:02:cv410 (CFD) |
| V * | |
| | * |
| FREDERICK GUEST, II | * |
| GUEST CAPITAL, LLC | |

## JUDGMENT

Notice having been given on December 16, 2003 to counsel of record of the proposed dismissal of this case pursuant to Rule 41 of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, and no action having been taken and no satisfactory explanation having been submitted to the Court within twenty (20) days hereafter,

It is accordingly ORDERED that this case be and is hereby dismissed for want of prosecution.

It is so ordered.

**Dated at Hartford, Connecticut this 30th day of January, 2004**

KEVIN F. ROWE, CLERK

By _____
Devorah Johnson
Deputy Clerk

EOD_____